889 A.2d 44

**J.G. FURNITURE DIVISION/BURLINGTON
and Liberty Mutual Insurance Company**

v.

**WORKERS' COMPENSATION APPEAL BOARD (KNELLER)**

Petition of J.G. Furniture Division/Burlington
and Kemper Insurance Company.

Supreme Court of Pennsylvania.

Dec. 21, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2005, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether an injury that resolves into a specific loss is a "new injury" for purposes of determining the compensation rate or whether it is merely a continuum of the original injury, in which circumstance the original compensation rate controls.